| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | | CASE NO. C16-1942JLR |
| | Plaintiff, | ORDER STRIKING MOTION TO COMPEL DISCOVERY |
| v. | | |
| THE CHEESECAKE FACTORY, INC., et al., | | |
| | Defendants. | |

Before the court is Defendants' motion to compel Plaintiff Equal Employment Opportunity Commission ("EEOC") to respond to Defendants' discovery requests. (Mot. (Dkt. # 19).) Defendants filed that motion without first requesting a conference with the court. (*See* Dkt.) The motion therefore contravenes the court's March 17, 2017, scheduling order. (*See* Sched. Order (Dkt. # 14) at 2 (citing Fed. R. Civ. P. 16(b)(3)(B)(v)) ("[P]ursuant to Federal Rule of Civil Procedure 16, the Court 'direct[s] that before moving for an order relating to discovery, the movant must request a

ORDER - 1

1  conference with the court' by notifying [the courtroom deputy] . . . ." (second alteration

2  in original))); *see also* Fed. R. Civ. P. 16(b)(3)(B)(v) (permitting the court, in its

3  scheduling order, to "direct that before moving for an order relating to discovery, the

4  movant must request a conference with the court"). The court therefore STRIKES

5  Defendants' motion to compel (Dkt. # 19) without prejudice to refiling the motion in a

6  manner that comports with the court's scheduling order.

7       Dated this 14th day of July, 2017.

*(signature)*

JAMES L. ROBART
United States District Judge