**THE HONORABLE JAMES L. ROBART**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br><br>THE CHEESECAKE FACTORY, INC. and THE CHEESECAKE FACTORY RESTAURANTS, INC.,<br><br>Defendants. | CIVIL ACTION NO. 2:16-cv-01942-JLR<br><br>**STIPULATION REGARDING PLAINTIFF EEOC'S FIRST AMENDED COMPLAINT** AND ORDER<br><br>**NOTE ON MOTION CALENDAR:**<br>**August 16, 2017** |

Pursuant to Fed. R. Civ. P. 15(a)(2) and LCR 15, the parties hereby stipulate to Plaintiff Equal Employment Opportunity Commission ("EEOC") filing a First Amended Complaint to correct two typographical errors in Paragraph 15 of the EEOC's Complaint (Dkt. No. 1 at p. 6) to reflect the correct year of 2014, not 2016, and to strike Paragraph D of the EEOC's "Prayer For Relief" to reflect a May 24, 2017 stipulation that the EEOC does not claim that Defendants' actions with regard to Mr. Ivanov resulted in any pecuniary damages, *e.g.*, out of pocket medical costs.

A copy of the EEOC's First Amended Complaint is attached hereto.

**STIPULATION REGARDING PLAINTIFF EEOC'S FIRST AMENDED COMPLAINT**
(2:16-cv01942-JLR) – Page 1

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 16, 2017

*/s/ Damien A. Lee*
EEOC-Seattle Field Office
909 First Avenue, Suite 400
Seattle, WA 98104-1061
Telephone (206) 220-6915
Facsimile (206) 220-6911

Attorneys for Plaintiff

DATED: August 16, 2017

*/s/ Joe Wonderly*
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone (206) 757-8299
Facsimile (206) 757-7299

Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: August 17, 2017

_____
The Honorable James L. Robart
United States District Court Judge

**STIPULATION REGARDING PLAINTIFF EEOC'S FIRST AMENDED COMPLAINT**
(2:16-cv01942-JLR) – Page 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2017, I electronically filed the forgoing **"STIPULATION REGARDING PLAINTIFF EEOC'S FIRST AMENDED COMPLAINT"** with the Clerk of the court using the CM/ECF system which will send notification of such filing to all counsel of record.

Portia Moore
Joe Wonderly
Joseph P. Hoag
Davis Wright Tremaine, LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101
Teleph. (206) 757-8286
Fax (206) 757-7286
PortiaMoore@dwt.com
JoeWonderly@dwt.com
Josephhoag@dwt.com

Attorneys for Defendants

/s/  Damien A. Lee
DAMIEN A. LEE
Senior Trial Attorney