THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br><br>THE CHEESECAKE FACTORY, INC. and THE CHEESECAKE FACTORY RESTAURANTS, INC.,<br><br>Defendants. | CIVIL ACTION NO. 2:16-cv-01942-JLR<br><br>**STIPULATION REGARDING RELIEF FROM THE DEADLINE IN THE COURT'S SEPTEMBER 6, 2017 ORDER**<br><br>**NOTE ON MOTION CALENDAR:**<br>September 14, 2017 |

Pursuant to LCR 7(j), the parties hereby stipulate to extend the Plaintiff Equal Employment Opportunity Commission's time for complying with the Court's September 6, 2017 "Order on Motions Related to Discovery Disputes" (Dkt. No. 39, "September 6 Order"). The EEOC intends to file a "Motion for Reconsideration of Order Related to Discovery Disputes" and a "Motion for In Camera Review of Sensitive Medical Documents." ("EEOC's Forthcoming Motions"). The Parties agree that the EEOC will not be required to comply with the Court's September 6 Order until five days after the Court rules on the EEOC's Forthcoming Motions.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

**STIPULATION REGARDING RELIEF FROM THE DEADLINE IN THE COURT'S SEPTEMBER 6, 2017 ORDER** (2:16-cv01942-JLR) – Page 1
4836-6634-9391v.1 0108281-000001

| | |
|---|---|
| DATED: September 14, 2017 | /s/ Damien A. Lee<br>EEOC-Seattle Field Office<br>909 First Avenue, Suite 400<br>Seattle, WA 98104-1061<br>Telephone (206) 220-6915<br>Facsimile (206) 220-6911 |
| | Attorneys for Plaintiff |
| DATED: September 14, 2017 | /s/ Joseph P. Hoag<br>Davis Wright Tremaine LLP<br>1201 Third Avenue, Suite 2200<br>Seattle, Washington 98101-3045<br>Telephone (206) 757-8299<br>Facsimile (206) 757-7299 |
| | Attorneys for Defendants |

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 15 Sept. 2017

The Honorable James L. Robart
United States District Court Judge

**STIPULATION REGARDING RELIEF FROM THE DEADLINE IN THE COURT'S SEPTEMBER 6, 2017 ORDER** (2:16-cv01942-JLR) – Page 2
4836-6634-9391v.1 0108281-000001

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2017, I electronically filed the forgoing "STIPULATION REGARDING RELIEF FROM THE DEADLINE IN THE COURT'S SEPTEMBER 6, 2017 ORDER" with the Clerk of the court using the CM/ECF system which will send notification of such filing to all counsel of record.

Portia Moore
Joe Wonderly
Joseph P. Hoag
Davis Wright Tremaine, LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101
Teleph. (206) 757-8286
Fax (206) 757-7286
PortiaMoore@dwt.com
JoeWonderly@dwt.com
Josephhoag@dwt.com

Attorneys for Defendants

/s/  Damien A. Lee
DAMIEN A. LEE
Senior Trial Attorney

**STIPULATION REGARDING RELIEF FROM THE DEADLINE IN THE COURT'S SEPTEMBER 6, 2017 ORDER** (2:16-cv01942-JLR) – Page 3
4836-6634-9391v.1 0108281-000001