UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>THE CHEESECAKE FACTORY, INC.,<br><br>　　　　　　Defendant. | CASE NO. C16-1942JLR<br><br>ORDER REGARDING PARTIES' STIPULATED MOTION TO SEAL MEDICAL INFORMATON AND RECORDS |

Before the court is the parties' stipulated motion to file certain medical information and records related to Charging Party Oleg Ivanov under seal. (Stip. Mot. (Dkt. # 50).) The court GRANTS the motion as it relates to docket numbers 54, 55, and 56, and DIRECTS the Clerk to maintain the seal on these docket numbers. However, Defendant The Cheesecake Factory, Inc., inadvertently filed docket number 57 under seal. (*See* Praecipe (Dkt. ## 58, 58-1) (replacing docket number 57 with an unsealed

ORDER - 1

1 | copy of the same document).)  Accordingly, the court DIRECTS the Clerk to remove the
2 | seal from docket number 57.
3 | Dated this 13th day of November, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2